# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Carl E. Whitacre,

       Petitioner,

   v.

Warden, Noble Correctional Institution,

       Respondent.

Case No. 2:23-cv-3077
Judge James L. Graham
Magistrate Judge Peter B. Silvain, Jr.

## Order

This matter is before the Court on the Magistrate Judge's Report and Recommendation, which recommended that plaintiff's habeas corpus petition brought under 28 U.S.C. § 2254 be dismissed for want of prosecution.

No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 9), which is hereby adopted. Plaintiff's petition is dismissed.

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of this order would not be taken in good faith for the reasons stated in the Report and Recommendation. Therefore, the Court declines to issue a certificate of appealability and denies plaintiff leave to proceed on appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

                                                                          s/ James L. Graham
                                                                          JAMES L. GRAHAM
                                                                           United States District Judge

DATE: April 11, 2024